UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 24-289 SRN/SGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 21 U.S.C. § 841(a)(1) |
| (1) LUKE ANTHONY WILLIAMS, and | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 853 |
| (2) SHONTAE MONTELL BEARD, | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| Defendants. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Distribution of Methamphetamine)

On or about July 10, 2024, in the State and District of Minnesota, the defendant,

**LUKE ANTHONY WILLIAMS**

did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2
(Distribution of Methamphetamine)

On or about August 8, 2024, in the State and District of Minnesota, the defendant,

SCANNED
OCT 22 2024
U.S. DISTRICT COURT MPLS

U.S. v. Luke Anthony Williams, et al.

**LUKE ANTHONY WILLIAMS**

did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3
(Felon in Possession of a Firearm)

On or about August 13, 2024, in the State and District of Minnesota, the defendants,

**LUKE ANTHONY WILLIAMS**, and
**SHONTAE MONTELL BEARD**,

each having previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, and each knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, aiding and abetting and being aided and abetted by one another, did knowingly possess, in and affecting interstate commerce, a firearm, namely, an FN model 509 9mm pistol bearing serial number GKS0022758; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

U.S. v. Luke Anthony Williams, et al.

## NOTICE OF SENTENCING FACTORS

The allegations of Count 3 of this Indictment are hereby realleged as if set forth herein and incorporated by reference.

1. As to Count 3 of the Indictment, the defendant, **LUKE ANTHONY WILLIAMS**, has previously been convicted of the following crimes punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Murder – 2nd Degree | Ramsey County, MN | February 14, 1996 |
| Drug Possession – 5th Degree | Ramsey County, MN | October 23, 2014 |
| Burglary – 1st Degree | Ramsey County, MN | November 13, 2015 |

2. As to Count 3 of the Indictment, the defendant, **SHONTAE MONTELL BEARD**, has previously been convicted of the following crimes punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Assault with a Dangerous Weapon – 2nd Degree | Ramsey County, MN | July 13, 2012 |
| Unlawful Possession of a Pistol | Ramsey County, MN | July 26, 2013 |
| Domestic Assault | Ramsey County, MN | March 11, 2019 |
| Violation of a No Contact Order | Ramsey County, MN | October 3, 2019 |
| Fleeing a Peace Officer in a Motor Vehicle | Ramsey County, MN | August 4, 2021 |

U.S. v. Luke Anthony Williams, et al.

## FORFEITURE ALLEGATIONS

Upon conviction of any of Counts 1 through 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations. The property subject to forfeiture includes, but is not limited to, an FN Model 509 9mm Pistol bearing serial number GKS0022758, together with any ammunition and accessories seized therewith.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

If convicted of Count 3 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in the commission of such violation including, but not limited to, an FN Model 509 9mm Pistol bearing serial number GKS0022758, together with any ammunition and accessories seized therewith.

U.S. v. Luke Anthony Williams, et al.

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY                FOREPERSON